PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Erica Tabor                                  Cr.: 07-00707-001
                                                               PACTS #: 46666

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler

Date of Original Sentence: 3/27/08

Original Offense: Conspiracy to Commit Mail Fraud

Original Sentence: 15 months imprisonment, 3 years supervised release. Restitution $47,188.87

Type of Supervision: Supervised Release            Date Supervision Commenced: 10/02/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failed to Satisfy Restitution |

U.S. Probation Officer Action:
The probation office recommends the case expire as scheduled since the restitution order remains imposed as a final judgment. The offender has been instructed to continue payments to the Clerk's Office and the Clerk's office has been informed of expiration and instruction to continue payments.

Respectfully submitted,

Elisa Martinez
2012.09.26 11:08:32
-04'00'

By: Elisa Martinez
U.S. Probation Officer
Date: 09/26/12

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other- Case expire as scheduled

Signature of Judicial Officer

10/4/12
Date